IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Harper, Teresa A | Case Number: 07 B 08924 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/27/08 | Filed: 5/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: April 10, 2008
Confirmed: July 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 553.84 | |
| Secured: | | 132.84 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 391.09 |
| Trustee Fee: | | 29.91 |
| Other Funds: | | 0.00 |
| Totals: | 553.84 | 553.84 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 391.09 |
| 2. | Affiliated Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | Consumer Portfolio Services | Secured | 1,690.98 | 132.84 |
| 4. | Capital One | Unsecured | 332.93 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 424.00 | 0.00 |
| 6. | Consumer Portfolio Services | Unsecured | 49.90 | 0.00 |
| 7. | Ernesto D Borges Jr Esq | Unsecured | 208.35 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 75.89 | 0.00 |
| 9. | Internal Revenue Service | Priority | | No Claim Filed |
| 10. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 11. | Cash Doctors | Unsecured | | No Claim Filed |
| 12. | LVNV Funding | Unsecured | | No Claim Filed |
| 13. | CDA Services Inc | Unsecured | | No Claim Filed |
| 14. | Eastside Lenders | Unsecured | | No Claim Filed |
| 15. | Professional Account Management | Unsecured | | No Claim Filed |
| 16. | Little Loan Shoppe | Unsecured | | No Claim Filed |
| 17. | Ameriloan | Unsecured | | No Claim Filed |
| 18. | One Click Cash | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 6,266.05 | $ 523.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 29.91 |
| | _____ |
| | $ 29.91 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Harper, Teresa A | Case Number: 07 B 08924 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/27/08 | Filed: 5/16/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

